The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLIMATE PROS, LLC,<br><br>               Plaintiff,<br><br>    v.<br><br>BARRY PHILES, PACIFIC NORTHWEST REFRIGERATION, LLC, CHASTON PHILES, and JON PAUL MARQUISS,<br><br>               Defendant. | No. 3:23-cv-05868-BHS<br><br>**ORDER GRANTING CLIMATE PROS, LLC'S STIPULATED MOTION FOR EXTENSION OF TIME TO FILE LOCAL RULE 7.1 CORPORATE AND DIVERSITY DISCLOSURE STATEMENTS** |

      THIS MATTER came before the Court on Plaintiff Climate Pros, LLC ("Climate Pros"), Stipulated Motion for Extension of Time to File Local Rule 7.1 Corporate and Diversity Disclosure Statement.

      The Court ORDERS that Climate Pros Motion is GRANTED.  Climate Pros may file its Corporate Disclosure Statement and Diversity Disclosure Statement within seven (7) days of this Order, to and including October 9, 2023.

      IT IS SO ORDERED.

//

//

//

ORDER (3:23-cv-05868-BHS) - 1
4889-5518-3748v.2 0043097-000021

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED October 3rd, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiff Climate Pros, LLC

By *s/ Zana Bugaighis*
Zana Bugaighis, WSBA No. 43614
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150
zanabugaighis@dwt.com

ORDER (3:23-cv-05868-BHS) - 2
4889-5518-3748v.2 0043097-000021

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax