UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CLIMATE PROS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BARRY PHILES; PACIFIC NORTHWEST REFRIGERATION, LLC; CHASTON PHILES; and JON PAUL MARQUISS, <br><br> Defendants. | No. 3:23-CV-05868 <br><br> STIPULATION AND ORDER TO REMAND CASE TO PIERCE COUNTY SUPERIOR COURT AND EXTEND DEADLINE FOR PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

The Parties, by and through their undersigned counsel, hereby jointly and respectfully request that the Court remand this case to Pierce County Superior Court.

Additionally, out of an abundance of caution, the Parties further jointly request that Plaintiff's deadline to submit a Corporate Disclosure Statement and Diversity Disclosure Statement, which was previously extended to October 9, 2023, upon Order by this Court, be extended to October 16, 2023. The parties acknowledge that this extension shall be rendered moot should the Court remand the matter before October 9, 2023.

STIPULATION AND ORDER TO REMAND AND EXTEND DEADLINE FOR CORPORATE DISCLOSURE STATEMENT – 1
No. 3:23-CV-05868

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED: October 5, 2023.

| CORR CRONIN LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *s/ Jack M. Lovejoy* | *s/Zana Bugaighis* |
| John T. Bender, WSBA No. 49658 | Zana Bugaighis, WSBA No. 43614 |
| Jack M. Lovejoy, WSBA No. 36962 | 920 Fifth Ave, Suite 3300 |
| Steven W. Fogg, WSBA No. 23528 | Seattle, WA 98104-1610 |
| 1015 Second Avenue, 10th Floor | Telephone: 206-622-3150 |
| Seattle, WA 98104 | Facsimile: 206-757-7000 |
| (206) 625-8600 Phone | Email: zanabugaighis@dwt.com |
| (206) 625-0900 Fax | |
| jbender@corrcronin.com | |
| sfogg@corrcronin.com | |
| jlovejoy@corrcronin.com | |

STIPULATION AND ORDER TO REMAND AND
EXTEND DEADLINE FOR CORPORATE DISCLOSURE STATEMENT – 2
No. 3:23-CV-05868

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

IT IS SO ORDERED.

Plaintiff's deadline to file a Corporate Disclosure Statement is extended to October 16, 2023.

This matter is remanded to Pierce County Superior Court.

Dated this 6th day of October, 2023.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Judge

STIPULATION AND ORDER TO REMAND AND
EXTEND DEADLINE FOR CORPORATE DISCLOSURE STATEMENT– 3
No. 3:23-CV-05868

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900